

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2020

No. 04-19-00548-CV

**SAN ANTONIO FEDERAL CREDIT UNION**,
Appellant

v.

Mario R. **CANTU**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21715
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

The motion to reconsider is DENIED.

It is so **ORDERED** on September 21, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT